Minnie E. Voght, Respondent, v. George W. Bork and Catherine Bork (Mother of George W. Bork), Appellants, Impleaded with Catherine I. Bork, His Wife, and Others.— Judgment affirmed, with costs. All concurred.

Peter M. Bredel, Respondent, v. John Knaszak and Others, Appellants, Impleaded with Frank D. Caldwell and Veronica Malinowski.— Judgment affirmed, with costs. All concurred.

Rudolph Bocci, Respondent, v. Genesee Fruit Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Charles Miller, Respondent, v. Seneca River Power Company and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

Richard S. Gilpin, Respondent, v. William M. Savage, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

Edward L. Riker and Others, Plaintiffs, v. North British and Mercantile Insurance Company of London and Edinburgh, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiffs upon the verdict, with costs. All concurred.

In the Matter of the Appraisal of the Property of James E. Wolcott, Deceased, under the Act in Relation to Taxable Transfers of Property. The Comptroller of the State of New York, Appellant, v. Ida J. Wolcott, Individually and as Executrix, and Others, Respondents.— Decree and order affirmed, with costs. All concurred, except Williams, J., who dissented.

James H. Wilson, Respondent, v. Otis Elevator Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Stephen N. Keener, Respondent, v. Ransome & Smith Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Amos Rathbun, Respondent, v. The Morning Telegraph Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

De Witt C. Welch, Respondent, v. Daniel Post, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Samuel K. Green, Appellant, v. William A. Parsons, Defendant. Gurdon W. Fitch, as Administrator of the Defendant William A. Parsons, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George T. Thompson, Respondent, v. James R. McLaughlin and Others, Appellants, Impleaded with Charles D. McLaughlin.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson, J., not voting.

Frank Feuerstein, Respondent, v. William E. Carroll and Samuel S. Carroll, Composing the Firm of Carroll Brothers, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Margery McConnell, Respondent, v. Benton McConnell and McConnell Manufacturing Company, Appellants, Impleaded with Jennie Saxton, Individually and as Sole Executrix, etc., of Floyd T. McConnell, Deceased.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order granted,